# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | **)** | |
| **EUNA McGRUDER,** | **)** | **Case No. 3:23-cv-01323** |
| | **)** | |
| **Plaintiff,** | **)** | **Chief Judge Campbell** |
| | **)** | |
| vs. | **)** | **Magistrate Judge Newbern** |
| | **)** | |
| **METROPOLITAN GOVERNMENT** | **)** | |
| **OF NASHVILLE AND DAVIDSON COUNTY,** | **)** | |
| **TENNESSEE** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## NOTICE OF TENTATIVE SETTLEMENT

The Parties submit this notice to inform the Court that they have reached a tentative settlement agreement that jointly resolves this case and related case 17-cv-1547. (*See* Doc. No. 168 in that case). Resolution of the related case, however, requires that the settlement agreement be approved by the Bankruptcy Court for the Northern District of Georgia. The Parties do not anticipate any issues that would negatively affect such approval. It is anticipated that the Bankruptcy Court will address the settlement agreement within sixty days. Accordingly, the Parties request that this case be administratively closed pending the Bankruptcy Court's decision. The Parties will provide an additional Status Report within seventy-five days or within thirty days of the Bankruptcy Court's decision, whichever is sooner.

Respectfully submitted,

*/s/ Brian C. Winfrey* (*JKW by permission*)
Brian Winfrey, TN Bar No. 25766
THE WINFREY FIRM
613 Woodland St.
Nashville, Tennessee 37206
(615) 473-3243

brian@thewinfreyfirm.com


/s/ John K. Whitaker
John K. Whitaker (#39207)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
john.whitaker@nashville.gov


**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served via

CM/ECF to:

Brian C. Winfrey (BPR No. 25766)
THE WINFREY FIRM
613 Woodland Street
Nashville, Tennessee 37206

*Counsel for Plaintiff*

on December 31, 2024.


/S/ John K. Whitaker
John K. Whitaker