IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUNA McGRUDER, et al. | Case No. 3:23-cv-01323 |
| Plaintiffs, | Chief Judge Campbell |
| vs. | Magistrate Judge Newbern |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE | |
| Defendant. | |

**JOINT STATUS UPDATE**

Pursuant to the Court's January 6, 2025 Order (Dkt. 25), the Parties provide this Joint Status Update for the Court.

The Bankruptcy Court for the Northern District of Georgia has approved the settlement for *McGruder v. Metro*, Case No. 3:17-CV-01547 (M.D. Tenn.) ("McGruder I"). The Parties are in the process of exchanging the necessary documents and information in order to disburse the remaining settlement funds. It is anticipated that this should be completed within the next 45 days.

Respectfully submitted,

*/s Brian C. Winfrey (by permission)*
Brian Winfrey, TN Bar No. 25766
THE WINFREY FIRM
613 Woodland St.
Nashville, Tennessee 37206
(615) 473-3243
brian@thewinfreyfirm.com

/s/ *John K. Whitaker*
John K. Whitaker (#39207)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
john.whitaker@nashville.gov
COUNSEL FOR METRO NASHVILLE

## Certificate of Service

This is to certify that a copy of the foregoing was served via the court's CM/ECF system to: Brian Winfrey, The Winfrey Firm, 613 Woodland St., Nashville, TN 37206, on March 24, 2025.

/s/*John K. Whitaker*
John K. Whitaker