IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUNA McGRUDER | Case No. 3:23-cv-01323 |
| Plaintiff, | Chief Judge Campbell |
| vs. | Magistrate Judge Newbern |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE | |
| Defendant. | |

## STIPULATION AND AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures below, that the issues in this matter have been resolved; and that the parties hereby submit this joint stipulation and agreed order of dismissal with prejudice; it is, therefore, so ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ John K. Whitaker*
John K. Whitaker (#39207)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
john.whitaker@nashville.gov
*Counsel for Metro*

*/s Brian C. Winfrey by JKW by permission*
Brian Winfrey, TN Bar No. 25766
THE WINFREY FIRM
613 Woodland St.
Nashville, Tennessee 37206
(615) 473-3243
brian@thewinfreyfirm.com
*Counsel for Euna McGruder*