IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. EUNA McGRUDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-01323 |
| | ) | |
| METRO GOVERNMENT OF NASHVILLE | ) | JUDGE CAMPBELL |
| AND DAVIDSON COUNTY, TENNESSEE | ) | MAGISTRATE JUDGE NEWBERN |
| *d/b/a Metro Nashville Public Schools*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have jointly filed a stipulation and proposed agreed order of dismissal (Doc. No. 27) stating that they stipulate to the dismissal of this matter with prejudice. Accordingly, pursuant to the parties' stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE